UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ERIN ARMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | Cause No: |
| ) | |
| TERRY RANDALL and ) | Madison County Cause No. 13L-0753 |
| TYSON FOODS, INC. ) | |
| ) | **Defendant Demands Trial by Jury** |
| Defendants. ) | |

## *NOTICE OF REMOVAL*

COMES NOW defendant Tyson Foods, Inc. and files this Notice of Removal of the above-entitled action to the United States District Court for the Southern District of Illinois, pursuant to Title 28, Section 1332, U.S. Code and for grounds hereof respectfully states as follows:

1. That the above-entitled action, now pending in the Circuit Court of Madison County, State of Illinois is a civil action at law brought by the plaintiff above named against the defendants to recover many damages.

2. That the controversy in said action is wholly between citizens of different states; that plaintiff Erin Arman, at the time of the commencement of said action and ever since has been and still is a citizen and resident of the State of Missouri; that defendant Tyson Foods, Inc. was at the time of the commencement of said action and ever since has been and still is a corporation organized and existing under the laws of the State of Delaware, with its principal place of business is in Arkansas, and so is citizen and resident of the States of Arkansas and Delaware; defendant Terry Wayne Randall, at the time of the commencement of said action and ever since has been and still is a citizen and resident of the State of Mississippi. Therefore, plaintiff is diverse from all defendants, and no

Copy of the foregoing filed electronically with the Clerk of the Court this 17 day of June, 2013 to be served by operation of the Court's electronic filing system upon: Mr. James Leonard, Attorney for Plaintiff, 133 South 11th Street, Suite 350, St. Louis, Missouri 63102, Jim@stltriallawyers.com.

_____

defendant resides or is a citizen of the State of Illinois. Further, the motor vehicle accident giving rise to this lawsuit occurred in Madison County, Illinois, so venue lies in the Southern District of Illinois.

3. That the matter in controversy, exclusive of interest and costs, exceeds the sum or value of Seventy-Five Thousand Dollars ($75,000.00).

4. That this Notice of Removal is filed in this Court within thirty days after the receipt by defendant Tyson Foods, Inc. of a copy of plaintiff's Complaint in said action, setting forth the claim for relief upon which said action is based, which Petition was served upon defendant Tyson Foods, Inc. with a copy of the summons; defendant Tyson Foods, Inc. files herewith a copy of all process, pleadings and orders served upon defendant in said action.

5. Defendant Terry Randall has not been served to date and therefore, it is not necessary for him to join in this Notice of Removal, but he consents to the removal and when he is served, he will be represented by the same counsel as defendant Tyson Foods, Inc., and will file a formal consent to this Removal.

6. Copies of all state court pleadings are attached as Exhibit A.

WHEREFORE, defendant Tyson Foods, Inc. prays this Honorable Court to accept jurisdiction of said action.

_____
Marcus J. Raymond # 6285110IL
THE RABBITT LAW FIRM, LLC
Attorneys for Defendant Tyson Foods, Inc.
231 South Bemiston, Suite 1200
St. Louis, Missouri 63105
314-881-6600
314-881-6611 (Fax)
Raymond@rabbittlawfirm.com

STATE OF MISSOURI    )
                                   ) SS
ST. LOUIS COUNTY    )

       Marcus J. Raymond, first duly sworn upon his oath, states that he is agent and attorney for defendant Tyson Foods, Inc. in this behalf; that he has read the foregoing Removal Notice and knows the contents thereof; and that the statements therein contained are true to the best of his knowledge, information and belief.

                                                  Marcus J. Raymond # 6285110IL
                                                  THE RABBITT LAW FIRM, LLC
                                                  Attorneys for Defendants Tyson Foods, Inc.
                                                  231 South Bemiston, Suite 1200
                                                  St. Louis, Missouri 63105
                                                  314-881-6600
                                                  314-881-6611 (Fax)
                                                  Raymond@rabbittlawfirm.com

Subscribed and sworn to before me this 17 day of June, 2013.

                                                  Notary Public
                                                  Tina M. Heuer

My Commission Expires:

```
TINA M HEUER
Notary Public, Notary Seal
State of Missouri
St. Louis County
Commission # 12468494
My Commission Expires May 24, 2016
```