STATE OF ILLINOIS )
)SS
COUNTY OF MADISON )

IN THE CIRCUIT COURT OF THE COUNTY OF MADISON
STATE OF ILLINOIS

ERIN ARMAN, )
)
    Plaintiff, )
)
vs. ) No. 13L-0753
)
TERRY WAYNE RANDALL, )
Serve: )
789 MLK Drive )
Morton, MS 39117 )
)
and )
)
TYSON FOODS, INC., )
Serve: )
C.T. Corporation )
208 South LaSalle Street )
Suite 814 )
Chicago, IL 60604 )
)
    Defendants. )

FILED
MAY 1 3 2013
CLERK OF CIRCUIT COURT #69
THIRD JUDICIAL CIRCUIT
MADISON COUNTY, ILLINOIS

## COMPLAINT

### COUNT I

COMES NOW Plaintiff, Erin Arman, and for Count I of his cause of action against Defendant, Terry Wayne Randall, states as follows:

1. At all times relevant herein, Plaintiff, Erin Arman, is and was a resident of the State of Missouri.

2. At all times relevant herein, Defendant, Terry Wayne Randall, is and was a resident of the State of Mississippi.

1


EXHIBIT A

3. On or about March 27, 2012, Plaintiff, Erin Arman, was operating a motor vehicle in a generally easterly direction on Interstate 270 near mile post four.

4. On or about March 27, 2012, Defendant, Terry Wayne Randall, was operating a tractor trailer unit in a generally easterly direction on Interstate 270 near mile post four.

5. At said time and place, Defendant, Terry Wayne Randall, negligently caused his tractor trailer unit to strike Plaintiff's motor vehicle.

6. At said time and place, Defendant, Terry Wayne Randall, was negligent in one or more of the following respects:

a) he failed to keep a careful lookout;

b) he failed to yield the right-of-way;

c) he changed lanes when it was unsafe to do so; and

d) he failed to keep his vehicle within its lane of travel.

7. As a direct and proximate result of one of the aforesaid acts or omissions on the part of Defendant, Terry Wayne Randall, Plaintiff sustained personal injuries including, but not limited to, tears to his right rotator cuff and labrum, fractures to his right ankle, multiple metacarpal fractures of the left hand, traumatic avulsion injury of the right ankle capsule, multiple abrasians and soft tissue contusions and injuries associated to soft tissues; further, Plaintiff has in the past and will in the future experience pain, suffering and disability; further, Plaintiff has incurred medical expenses in the approximate amount $69,629.09 up to the time of the filing of this Complaint; further, Plaintiff has in the past and will in the future incur lost wages and reduction of

DEVEREAUX STOKES NOLAN Fax 3146215705 May 21 2013 10:22am P004/006

earning capacity; further, Plaintiff has in the past and will in the future experience a diminishment in his enjoyment of life.

WHEREFORE, Plaintiff, Erin Arman, prays for judgment against Defendant, Terry Wayne Randall, in such amount as may be just and reasonable under the circumstances, but, in any event, for an amount in excess of Fifty Thousand Dollars ($50,000), for his costs herein expended, and for such other relief as the Court deems just under the circumstances.

## COUNT II

COMES NOW Plaintiff, Erin Arman, and for Count II of his cause of action against Defendant, Tyson Foods, Inc., states as follows:

8. At all times relevant herein, Plaintiff was a resident of the State of Missouri.

9. At all times relevant herein, Defendant, Tyson Foods, Inc., is and was a corporation organized under the laws of the State of Delaware and authorized to do business in the State of Illinois.

10. At all times relevant herein, Defendant, Terry Wayne Randall, was operating a tractor trailer unit owned by Defendant, Tyson Foods, Inc. and was acting within the course and scope of his employment and/or agency with Tyson Foods, Inc.

11. On or about March 27, 2012, Plaintiff, Erin Arman, was operating a motor vehicle in a generally easterly direction on Interstate 270 near mile post four.

12. On or about March 27, 2012, Defendant, Terry Wayne Randall, was operating a tractor trailer unit owned by Defendant, Tyson Foods, Inc. in a generally easterly direction on Interstate 270 near mile post four.

13. At said time and place, Defendant, Terry Wayne Randall, negligently caused his tractor trailer unit to strike Plaintiff's motor vehicle.

6. At said time and place, Defendant, Terry Wayne Randall, was negligent in one or more of the following respects:

a) he failed to keep a careful lookout;

b) he failed to yield the right-of-way;

c) he changed lanes when it was unsafe to do so; and

d) he failed to keep his vehicle within its lane of travel.

7. As a direct and proximate result of one of the aforesaid acts or omissions on the part of Defendant, Terry Wayne Randall, Plaintiff sustained personal injuries including, but not limited to, tears to his right rotator cuff and labrum, fractures to his right ankle, multiple metacarpal fractures of the left hand, traumatic avulsion injury of the right ankle capsule, multiple abrasians and soft tissue contusions and injuries associated to soft tissues; further, Plaintiff has in the past and will in the future experience pain, suffering and disability; further, Plaintiff has incurred medical expenses in the approximate amount $69,629.09 up to the time of the filing of this Complaint; further, Plaintiff has in the past and will in the future incur lost wages and reduction of earning capacity; further, Plaintiff has in the past and will in the future experience a diminishment in his enjoyment of life.

WHEREFORE, Plaintiff, Erin Arman, prays for judgment against Defendant, Tyson Foods, Inc. in such amount as may be just and reasonable under the circumstances, but, in any event, for an amount in excess of Fifty Thousand Dollars

($50,000), for his costs herein expended, and for such other relief as the Court deems just under the circumstances.

DEVEREAUX, STOKES, NOLAN,
FERNANDEZ & LEONARD, P.C.
Attorney for Plaintiff

By _____

James P. Leonard #6180313
133 South 11th Street
Suite 350
St. Louis, MO 63102
#314-621-3743
#314-621-5705 (fax)

**CT Corporation**

**Service of Process Transmittal**
05/22/2013
CT Log Number 522771997

TO: Rhonda Brand
Tyson Foods, Inc.
2200 W DON TYSON PKWY
SPRINGDALE, AR 72762-6901

RE: **Process Served in Illinois**

FOR: Tyson Foods, Inc. (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| TITLE OF ACTION: | Erin Arman, Pltf. vs. Terry Wayne Randall and Tyson Foods, Inc., Dfts. |
| DOCUMENT(S) SERVED: | Summonses, Return, Complaint |
| COURT/AGENCY: | Madison County - 3rd Judicial Circuit Court, IL<br>Case # 2013L000753 |
| NATURE OF ACTION: | Personal Injury - Vehicle Collision - On or about 03/27/2012 |
| ON WHOM PROCESS WAS SERVED: | C T Corporation System, Chicago, IL |
| DATE AND HOUR OF SERVICE: | By Process Server on 05/22/2013 at 11:30 |
| JURISDICTION SERVED: | Illinois |
| APPEARANCE OR ANSWER DUE: | Within 30 days after service, exclusive of the day of service |
| ATTORNEY(S) / SENDER(S): | James P. Leonard<br>Devereaux, Stokes, Nolan, Fernandez & Leonard, P.C.<br>133 South 11th Street<br>Suite 350<br>St. Louis, MO 63102<br>314-621-3743 |
| ACTION ITEMS: | CT has retained the current log, Retain Date: 05/22/2013, Expected Purge Date: 05/27/2013<br>Image SOP<br>Email Notification, David L Van Bebber david.vanbebber@tyson.com<br>Email Notification, Steven Schaal steven.schaal@tyson.com<br>Email Notification, Robert George robert.george@tyson.com<br>Email Notification, Paul Kirchner paul.kirchner@tyson.com<br>Email Notification, Rhonda Brand Rhonda.brand@tyson.com |
| SIGNED:<br>PER:<br>ADDRESS:<br><br><br>TELEPHONE: | C T Corporation System<br>Jovana Ivancevic<br>208 South LaSalle Street<br>Suite 814<br>Chicago, IL 60604<br>312-345-4336 |

Page 1 of 1 / GL

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

STATE OF ILLINOIS
IN THE CIRCUIT COURT OF THE THIRD JUDICIAL CIRCUIT
MADISON COUNTY
155 N Main St., Edwardsville, IL 62025
(618) 296-4464
madisoncountycircuitclerkIL.org

**FOREIGN**

CASE No. 2013 L 000753

DATE: May 13, 2013



ERIN ARMAN

PLAINTIFF

VS.

TYSON FOODS INC
SERVE: CT CORPORATION
208 S LASALLE ST STE 814
CHICAGO, IL 60604

DEFENDANT

DEFENDANT: TYSON FOODS INC

You are hereby summoned and required to file an answer in this case, or otherwise file your appearance, in the office of the Madison County Circuit Clerk, within 30 days after service of this summons, exclusive of the day of service. If you fail to do so, a judgment or decree by default may be taken against you for the relief prayed in the complaint.

This summons must be returned by the officer or other person to whom it was given for service, with endorsement thereon of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed.

This summons may not be served later than 30 days after its date.

Witness: MARK VON NIDA the Clerk of said Circuit Court and the seal thereof, at Edwardsville, Illinois, this May 14, 2013.

MARK VON NIDA
CLERK OF THE CIRCUIT COURT

BY: _____
Deputy Clerk

(Plaintiff's attorney or plaintiff if he is not represented by an attorney)
JAMES P. LEONARD
DEVEREAUX STOKES NOLAN FERNANDEZ &
133 S 11TH ST STE 350
ST LOUIS, MO 63102

Date of Service: _____, 20_____.
(To be inserted by officer on the copy left with the defendant or other person)

1 of 2

The Madison County Court makes every effort to comply with accessibility laws and provides reasonable accommodations to persons with disabilities. Hearing, visual and other assistance may be arranged by contacting our Court Disability Coordinator, Teri Picchioldi at 618-296-4884.