IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ERIN ARMAN, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | )   Case No. 13-cv-00577-JPG-PMF |
| | ) |
| TERRY RANDALL, *et al.*, | ) |
| | ) |
|     Defendants. | ) |

## MEMORANDUM AND ORDER

This matter comes before the court for the purpose of case management. Plaintiff filed a Motion (Doc. 45) for Leave to File a Second Amended Complaint which was granted by Magistrate Judge Frazier (Doc. 47). Magistrate Judge Frazier order directed the Plaintiff "to file the second amended complaint instanter." Although the Defendants filed responses to the second amended complaint, it appears that the Second Amended complaint was never properly filed with the court and remains as an attachment to the Plaintiff's motion.

As such, the Clerk of Court is **DIRECTED** to file the Plaintiff's second amended complaint (Attachment 1, Doc. 45) and the date of filing is to reflect the date of Magistrate Judge Frazier's order – August 5, 2015.

**IT IS SO ORDERED.**

**DATED:** 11/30/2015          *s/J. Phil Gilbert*
                                                **J. PHIL GILBERT**
                                                **DISTRICT JUDGE**