UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| ERIN ARMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | Cause No: 3:13CV-577 JPG-PMF |
| | ) | |
| TERRY RANDALL and | ) | |
| TYSON FOODS, INC. | ) | |
| | ) | |
| Defendants. | ) | |

### *STIPULATION FOR DISMISSAL*

It is hereby agreed and stipulated by and between plaintiff Erin Arman and defendants Terry Randall and Tyson Foods, Inc. that plaintiff's cause against defendants is dismissed with prejudice with each party to bear their own costs.

/s/ James Leonard
_____
 James Leonard #6180313IL
Devereaux, Stokes, Nolan, Fernandez
    & Leonard, P.C.
Attorneys for Plaintiff
133 South 11 St., Suite 350
St. Louis, MO  63102
314-621-3743
314-621-5705 (Fax)

/s/ Daniel T. Rabbitt
_____
Daniel T. Rabbitt
THE RABBITT LAW FIRM, LLC
Attorneys for Defendants Tyson Foods, Inc.
 And Terry Randall
231 South Bemiston, Suite 1200
St. Louis, Missouri 63105
314-881-6600
314-881-6611 (Fax)
rabbitt@rabbittlawfirm.com

So Ordered:_____