# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ERIN ARMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 13-cv-00577-JPG-PMF |
| ) | |
| TERRY RANDALL and, ) | |
| TYSON FOODS, INC. ) | |
| ) | |
| Defendants. ) | |

## **JUDGMENT**

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

**IT IS HEREBY ORDERED AND ADJUDGED** that this case is dismissed with prejudice and without cost against Defendants Terry Randall and Tyson Foods, Inc.

**DATED:** 1/14/2016

                                                                        **Justine Flanagan**
                                                                        **Acting Clerk of Court**

                                                                        **s/ Jo Ann Juengel**
                                                                          **Deputy Clerk**

**Approved:**    *s/J. Phil Gilbert*
                         **J. PHIL GILBERT**
                         **DISTRICT JUDGE**